# United States District Court
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TIFFANY SMITH, et al., | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | Civil Action No. 4:24-cv-811 |
| | § | Judge Mazzant |
| TOWER EXTRUSIONS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiffs' Motion to Strike Responsible Third-Party Designation (Dkt. #62) (the "Motion"). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **DENIED**.

## BACKGROUND

This is a personal injury case arising from the death of Asa Eugene Parnell ("Parnell"). The Court incorporates the background of its April 30, 2026 Memorandum Opinion and Order by reference (Dkt. #55). As pertinent here, Plaintiffs allege that Defendant caused Parnell's death by negligently loading his truck (Dkt. #1). Defendant designated Parnell's employer New Prime, Inc. ("Prime") as a responsible third party, and Plaintiffs now challenge that designation (Dkt. #51; Dkt. #62). Defendant filed a response, arguing that a genuine issue of fact exists as to whether Prime's negligent training caused or contributed to cause Parnell's death (Dkt. #79).

The Motion is now ripe for adjudication.

## LEGAL STANDARD

Chapter 33 of the Texas Civil Practice and Remedies Code governs the designation of responsible third parties. A responsible third party is "any person who is alleged to have caused or

contributed to caus[e] in any way the harm for which recovery is sought" by breaching an "applicable legal standard." TEX. CIV. PRAC. & REM. CODE § 33.0011(6). After adequate time for discovery, a party may move to "strike the designation of a responsible third party on the ground that there is no evidence that the designated person is responsible." *Id.* § 33.004(l). The motion must be granted "unless a defendant produces sufficient evidence to raise a genuine issue of fact regarding the designated person's responsibility." *Id.*

### ANALYSIS

After considering the Motion and the arguments presented in the briefs, the Court finds that sufficient evidence to raise a genuine issue of fact exists as to Prime's potential responsibility. Striking Prime's designation is therefore unwarranted.[1]

### CONCLUSION

It is therefore **ORDERED** that Plaintiffs' Motion to Strike Responsible Third-Party Designation (Dkt. #62) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 24th day of June, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] The bulk of Plaintiffs' arguments challenge the admissibility of certain evidence Defendant presents in support of Prime's responsibility. The Court considered Plaintiffs' evidentiary arguments and did not rely on inadmissible evidence to support its conclusion that a genuine issue of fact exists.

2